[This decision has been published in *Ohio Official Reports* at 96 Ohio St.3d 32.]

SNYDER ET AL., APPELLANTS, *v*. LINDSAY ET AL., APPELLEES.

[Cite as *Snyder v. Lindsay,* 2002-Ohio-3319.]

*Interest—Settlement agreement—Court of appeals' judgment affirmed as to award of interest—Court of appeals' judgment of remand for an evidentiary hearing reversed—Interest to be computed from date of settlement, consistent with Hartmann v. Duffey.*

(No. 2001-1050—Submitted June 5, 2002—Decided July 10, 2002.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 78121.

———————————

{¶1} The judgment of the court of appeals is affirmed as to the award of interest, but reversed as to the remand for an evidentiary hearing. Interest is to be computed by the trial court from the date of settlement, consistent with our decision in *Hartmann v. Duffey*, 95 Ohio St.3d 456, 2002-Ohio-2486, 768 N.E.2d 1170.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

———————————

**LUNDBERG STRATTON, J., dissenting.**

{¶2} For the reasons set forth in my dissenting opinion in *Hartmann v. Duffey*, 95 Ohio St.3d 456, 2002-Ohio-2486, 768 N.E.2d 1170, at ¶17-22. I respectfully dissent.

———————————

The Okey Law Firm, L.P.A., Steven P. Okey and Brian R. Wilson, for appellants.

Moscarino & Treu, L.L.P., Kevin M. Norchi, Edward S. Jerse and William H. Falin, for appellee Robert F. Lindsay, D.O.

Reminger & Reminger Co., L.P.A., Brian D. Sullivan and Martin T. Galvin, for appellee Dunlap Memorial Hospital.

_____